UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUDE DAVID SMITH,

        Plaintiff,

    v.

BOBBIE ANGEL, et al.,

        Defendants.

Case No.  24-cv-02723-AMO

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Re: Dkt. No. 14

        The Court has reviewed Magistrate Judge Alex G. Tse's Report and Recommendation to dismiss the action without leave to amend.  The time for objections to the Report expired on October 9, 2024.  No objection was filed.  The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect.  Accordingly, the Court hereby **DISMISSES** the action without leave to amend.

        **IT IS SO ORDERED.**

Dated: October 15, 2024

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California